**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARCIAL NAPOLES, ISAAC F. NIMER
and JORGE ABALLE,

      Plaintiffs,

v.                                       Case No: 8:21-cv-684-MSS-JSS

RICHARD A. SOUDER MASONRY, INC.,
FLORIDA GREEN CONCRETE LLC,
CALIX GREEN and ANTWAN GREEN,

      Defendants.

_____

# ENTRY OF DEFAULT

      Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendants **RICHARD A.**

**SOUDER MASONRY, INC., FLORIDA GREEN CONCRETE LLC, CALIX GREEN and**

**ANTWAN GREEN** in Tampa, Florida on the 27th day of July, 2021.


                                  ELIZABETH M. WARREN, CLERK


                                   s/TC, Deputy Clerk


Copies furnished to:

Counsel of Record